UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAFAEL JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:08CV00088 FRB |
| GATEWAY METRO CREDIT UNION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. On February 12, the Court ordered plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. In his response to the Show Cause Order, plaintiff has failed to cite any statute or any other source of federal court jurisdiction. As result, the Court will dismiss this action for lack of subject matter jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** for lack of jurisdiction. Fed. R. Civ. P. 12(h)(3).

**IT IS FURTHER ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED** as moot.

An Order of Dismissal shall accompany this Memorandum and Order.

Dated this 11th Day of March, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE